[No. 70305-6-I.   Division One.   September 29, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. CECIL LEON BURKETT, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-1-00113-2, Thomas J. Wynne, J., entered May 2, 2013. *Affirmed in part, reversed in part,* and *remanded with instructions* by unpublished opinion per Cox, J., concurred in by Verellen, A.C.J., and Becker, J.

[No. 70359-5-I.   Division One.   September 29, 2014.]

THE STATE OF WASHINGTON, *Appellant*, v. JESUS G. NAVARRO, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-05536-6, Jeffrey M. Ramsdell, J., entered April 12, 2013. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Appelwick and Leach, JJ.

[No. 70398-6-I.   Division One.   September 29, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JOEL C. HOLMES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-06088-2, George N. Bowden, J. Pro Tem., entered May 13, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Spearman, C.J., concurred in by Schindler and Leach, JJ.

[No. 70463-0-I.   Division One.   September 29, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. CHAZ ISAAC SCHMITZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-01005-1, Beth M. Andrus, J., entered May 17, 2013. *Affirmed* by unpublished opinion per Becker, J., concurred in by Verellen, A.C.J., and Cox, J.